## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ANNE SMITH**                                                                 **PLAINTIFF**

**V.**                          **CASE NO.: 3:10CV00002 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                             **DEFENDANT**

## JUDGMENT

Plaintiff's appeal is denied and judgment is entered in favor of Michael J. Astrue,

Commissioner, Social Security Administration.

DATED this 18th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE